UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYLEN SILVEIRA,                                           No. C-11-04645 (DMR)

        Plaintiff(s),                                **ORDER OF DISMISSAL**

   v.

DIVERSIFIED COLLECTION SERVICES,

        Defendant(s).
_____/

    The court having been advised that the parties have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of service of a copy thereof to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

    Upon receipt of this Order, Plaintiff shall serve a copy upon Defendant and file proof of service with the Court.

    IT IS SO ORDERED.

Dated: February 22, 2012

DONNA M. RYU
United States Magistrate Judge